U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

APR 20 2020

FILED ___ RECEIVED ___

April 8, 2020

To whom it might concern:

Hi, my name is Keila Ypolinetu.
I want to reopen my Bankruptcy case to include my student loans.
I can't afford all my student loans with all the income I get from my prior jobs. I recently lost my job due to the Corona virus.
I was making $15 per hour and I was making only the minimum payment for my private student loans. I can't afford all my expenses making $15 per hour. Please let me know if I can reopen my case to include my student loans.
I owe over $70,000 worth of student loans and I'm currently out of work. It has been very hard to find on stable job with benefits. I went to a divorce and I did not have a stable job since 2016. My divorce affected me in my personal life and my regular life.
I want to reopen my case to include my student loans. Due to the Corona

Virus, I lost my job and I don't know for how long it will take to find another job. My ex husband used to help me in time of trouble, but he is not answering the phone at the moment. I don't have any other source of income.

Thanks,

Prula Urdaneta
3875 San Pablo Roods Apt 807
Jacksonville, FL 32224.
My phone # 954-655-0669
Case # 17-22867-BKC-RBR



Keila Urdaneta
3875 San Pablo Road S apt 807
Jacksonville, FL 32224

United States Bankruptcy Court
299 E. Broward Blvd #112
Fort Lauderdale, FL 33301